# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **TOM WALKER III,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:07-cv-173 (HL) |
| **SUNTRUST BANK OF THOMASVILLE, GA, et al**, | : | |
| Defendants. | : | |

# **ORDER**

Before the Court is Plaintiff's motion to appoint counsel (Doc. 54). Civil litigants do not have an absolute constitutional right to the appointment of counsel. Poole v. Lambert, 819 F.2d 1025, 1028 (11th Cir. 1987). Instead, the appointment of counsel in a civil case is "a privilege that is justified only by exceptional circumstances, such as where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner." Id. (emphasis added). Here, there are not any exceptional circumstances that justify the appointment of counsel for Plaintiff. As a result, Plaintiff's motion to appoint counsel is denied.

**SO ORDERED**, this the __28th__ day of December, 2007



       s/Hugh Lawson
**HUGH LAWSON, Judge**

dhc